# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0858.  PATTERSON et al. v. BATES.**

On February 7, 2012, Appellee filed a MOTION TO DISMISS based on Appellants' failure to file a brief and enumeration of errors in support of their appeal. As this appeal was docketed on December 27, 2011, Appellants' brief and enumeration of errors were required to be filed no later than January 16, 2012. See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court). As of May 3, 2012, however, Appellants have neither submitted a brief and enumeration of errors nor requested an extension. Accordingly, Appellee's MOTION TO DISMISS is hereby GRANTED, and Case No. A12A0858 is DISMISSED for Appellants' failure to file a brief and enumeration of errors in support of their appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/11/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.



, *Clerk.*